RODGER R. COLE (CSB No. 178865)
rcole@fenwick.com
MOLLY R. MELCHER (CSB No. 272950)
mmelcher@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
JENNIFER J. JOHNSON (CSB No. 252897)
jjjohnson@fenwick.com
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Defendant
Carrier IQ, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YONATAN WADLER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CARRIER IQ, a Delaware corporation,<br><br>Defendant. | Case No.: CV-11-06278<br><br>[PROPOSED] ORDER GRANTING STIPULATION RE CONTINUANCE OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT |

Pursuant to stipulation, it is SO ORDERED.

Dated: 1/5/2012

Honorable Edward J. Davila
United States District Judge
Honorable Paul S. Grewal
United States Magistrate Judge

[PROPOSED] ORDER     CV-11-06278